BORG–WARNER ACCEPTANCE COR-
PORATION, a body corporate,
Appellee,

v.

Anthony J. ROSSI, Individually and trad-
ing as Rossi Refrigeration Sales and
Service, Appellant.

No. 73–1205.

United States Court of Appeals,
Fourth Circuit.

Argued Oct. 4, 1973.

Decided Nov. 5, 1973.

William F. Mosner, Towson, Md. (Jo-
seph K. Pokorny, Towson, Md., on
brief), for appellant.

Mitchell Stevan, Baltimore, Md. (Sag-
ner, Stevan & Harris, Baltimore, Md., on
brief), for appellee.

Before BRYAN, Senior Circuit Judge,
and RUSSELL and WIDENER, Circuit
Judges.

PER CURIAM:

Appellee Borg-Warner Acceptance
Corporation held the promissory note,
with supporting lien documents, repre-
senting the deferred balance of $16,323.-
00 owing by Anthony J. Rossi to Cry-
ocool, Inc. for the purchase price of cer-
tain refrigerator systems. Upon Rossi's
default in this obligation, appellee sued
him in the District Court for this
amount. From a judgment in favor of
the appellee, Rossi appeals.

After review of the record and consid-
eration of the arguments of counsel, on
brief and orally, we affirm for reasons
assigned in the opinion of the District
Judge. Borg-Warner Acceptance Corpo-
ration, etc. v. Rossi, etc., 365 F.Supp.
56, D.C.M.D.1972.

Affirmed.